NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――

**JEAN TERRILL,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent.*

―――――――――――

2014-3185

―――――――――――

Petition for review of the Merit Systems Protection Board in No. DC-0752-13-0486-I-1.

―――――――――――

**ON MOTION**

―――――――――――

**O R D E R**

Jean Terrill submits her informal brief, which the court construes as a motion to file her brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. Terrill's brief is accepted for filing.

2                                                        TERRILL v. ARMY


(2) The Department of the Army shall calculate the due date for its brief from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s30